FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 1 3 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 25-1328 MLG |
| vs. | ) Counts 1-2: 18 U.S.C. §§ 933(a)(1) and 924: Trafficking in Firearms; |
| **RANDY AVALOS SILVA,** | ) |
| Defendant. | ) Counts 3-4: 18 U.S.C. §§ 922(o) and 924: Unlawful Possession and Transfer of a Machinegun. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about October 30, 2024, in Bernalillo County, in the District of New Mexico, the defendant, **RANDY AVALOS SILVA**, unlawfully and knowingly shipped, transported, transferred, caused to be transported, and otherwise disposed of a firearm to another individual in and affecting interstate commerce, knowing and having reason to believe that the use, carrying, and possession of the firearm would constitute a felony.

In violation of 18 U.S.C. §§ 933(a)(1) and 924.

### Count 2

On or about December 17, 2024, in Bernalillo County, in the District of New Mexico, the defendant, **RANDY AVALOS SILVA**, unlawfully and knowingly shipped, transported, transferred, caused to be transported, and otherwise disposed of a firearm to another individual in and affecting interstate commerce, knowing and having reason to believe that the use, carrying, and possession of the firearm would constitute a felony.

In violation of 18 U.S.C. §§ 933(a)(1) and 924.

## Count 3

On or about December 17, 2024, in Bernalillo County, in the District of New Mexico, the defendant, **RANDY AVALOS SILVA**, knowingly possessed and transferred a machinegun, that is, a Glock, model 17 Gen 5, 9X19 caliber pistol, serial number BUGR879, which the defendant knew to be capable of automatically firing more than one shot, without manual reloading, by a single function of the trigger.

In violation of 18 U.S.C. §§ 922(o) and 924.

## Count 4

On or about December 17, 2024, in Bernalillo County, in the District of New Mexico, the defendant, **RANDY AVALOS SILVA**, knowingly possessed and transferred a machinegun, that is, a Glock, unknown model, 9mm caliber pistol, serial number AGCS281, which the defendant knew to be capable of automatically firing more than one shot, without manual reloading, by a single function of the trigger.

In violation of 18 U.S.C. §§ 922(o) and 924.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney